IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Fox, Brendan

Printed: 3/4/08

Case Number: 07 B 07772
Judge: Squires, John H
Filed: 4/30/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 12, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 4,445.00 |  |
| Secured: |  | 319.69 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,429.00 |
| Trustee Fee: |  | 99.83 |
| Other Funds: |  | 2,596.48 |
| Totals: | 4,445.00 | 4,445.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Konstantine T Sparagis | Administrative | 1,429.00 | 1,429.00 |
| 2. | Aurora Loan Service | Secured | 0.00 | 0.00 |
| 3. | State Bank of Countryside | Secured | 0.00 | 0.00 |
| 4. | I N R Beatty Lumber Co. | Secured | 0.00 | 0.00 |
| 5. | I N R Beatty Lumber Co. | Secured | 0.00 | 0.00 |
| 6. | Aurora Loan Service | Secured | 46,032.56 | 0.00 |
| 7. | General Motors Acceptance Corp | Secured | 2,200.00 | 319.69 |
| 8. | State Bank of Countryside | Secured | 4,713.00 | 0.00 |
| 9. | State Bank of Countryside | Secured | 2,435.00 | 0.00 |
| 10. | Michael Bromfield | Priority | 2,425.00 | 0.00 |
| 11. | Armor Tile & Supply | Priority | 12,589.83 | 0.00 |
| 12. | General Motors Acceptance Corp | Unsecured | 677.82 | 0.00 |
| 13. | American Express Travel Relate | Unsecured | 35,760.79 | 0.00 |
| 14. | I N R Beatty Lumber Co. | Unsecured | 2,102.54 | 0.00 |
| 15. | Michael Bromfield | Unsecured | 29,392.00 | 0.00 |
| 16. | B-Real LLC | Unsecured | 28,842.99 | 0.00 |
| 17. | Schaaf Window Co | Unsecured | 32,527.65 | 0.00 |
| 18. | Capital One | Unsecured | 172.45 | 0.00 |
| 19. | Collection Services Division | Unsecured |  | No Claim Filed |
| 20. | Comcast | Unsecured |  | No Claim Filed |
| 21. | GC Services Collection Agency | Unsecured |  | No Claim Filed |
|  |  |  | $ 201,300.63 | $ 1,748.69 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Fox, Brendan | Case Number:  07 B 07772 |
| | Judge:  Squires, John H |
| Printed:  3/4/08 | Filed:  4/30/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 99.83 |
| | _____ |
| | $ 99.83 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

